Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of 381 SEARCH WARRANTS DIRECTED TO FACE-BOOK, INC., Appellant. NEW YORK COUNTY DISTRICT ATTORNEY'S OFFICE, Respondent. (And Another Proceeding.)

Submitted November 2, 2015; decided December 16, 2015

Motion by New York Civil Liberties Union et al. for leave to appear amici curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

In the Matter of 381 SEARCH WARRANTS DIRECTED TO FACE-BOOK, INC., Appellant. NEW YORK COUNTY DISTRICT ATTORNEY'S OFFICE, Respondent. (And Another Proceeding.)

Submitted November 2, 2015; decided December 16, 2015

Motion by Foursquare Labs, Inc., et al. for leave to appear amici curiae on the motion for leave to appeal herein granted and the memorandum is accepted as filed.

In the Matter of 381 SEARCH WARRANTS DIRECTED TO FACE-BOOK, INC., Appellant. NEW YORK COUNTY DISTRICT ATTORNEY'S OFFICE, Respondent. (And Another Proceeding.)

Submitted November 2, 2015; decided December 16, 2015

Motion by Brennan Center for Justice at New York University School of Law et al. for leave to appear amici curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

In the Matter of 381 SEARCH WARRANTS DIRECTED TO FACE-BOOK, INC., Appellant. NEW YORK COUNTY DISTRICT ATTORNEY'S OFFICE, Respondent. (And Another Proceeding.)

Submitted November 2, 2015; decided December 16, 2015